No. 15-4255

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| APPLETON & RATLIFF COAL CORPORATION, | ) ) ) | **FILED**<br>Apr 19, 2017<br>DEBORAH S. HUNT, Clerk |
| Petitioner, | ) ) | |
| v. | ) ) | O R D E R |
| DEWEY RATLIFF; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) ) | |
| Respondents. | ) | |

     This cause comes before the court upon an application by attorney Joseph E. Wolfe, counsel for Dewey Ratliff, for an award of attorney fees under Section 28 of the Longshore and Harbor Workers' Compensation Act, as amended, 33 U.S.C. § 928, as incorporated in the Black Lung Act, as amended, 30 U.S.C. § 932(a). Counsel has requested a total of $10,862.50, which includes 3 hours of Wolfe's time at the rate of $425 per hour, 2 hours by Brad A. Austin, Wolfe's associate in his firm, at the rate of $200 per hour, 6.5 hours by Victoria S. Herman, another associate, at the rate of $150 per hour, and 54.75 hours by M. Rachel Wolfe, a third associate, at the rate of $150 per hour. Mr. Wolfe's application is itemized and complete, and the respondents have filed no objection to it.

     Upon review of the application, the court finds that the request is justified in this case by the qualifications of the counsel involved in presenting Ratliff's case before the court. The court has also considered the relatively complex issues in the case and Wolfe's extensive experience in the area of black lung law. Applying the factors to be considered as set forth in the Act, the

regulations, and as set forth in *U.S. Dep't of Labor v. Triplett*, 494 U.S. 715, 717-18 (1990), the court awards fees in the amount of $10,862.50.

                                            ENTERED BY ORDER OF THE COURT

                                            Deborah S. Hunt, Clerk